■ KEMORLEY SCOTT, Respondent, v STATE OF NEW YORK, Appellant. [846 NYS2d 585]—Appeal by the defendant from an order of the Court of Claims (Schweitzer, J.), dated February 27, 2006.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Judge Schweitzer in the Court of Claims (11 Misc 3d 1079[A], 2006 NY Slip Op 50622[U] [2006]). Crane, J.P., Goldstein, Florio and Dillon, JJ., concur.